**Fill in this information to identify the case:**

Debtor 1  Natha Lee Mazyck

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of South Carolina
                                                                     (State)

Case number  15-06503-jw

---

Form 4100R

# Response to Notice of Final Cure Payment                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association c/o BSI

**Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account:  2 1 7 1

**Property address:** 168 Bayridge Court
Number   Street

Ridgeville                SC       29472
City                      State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
                                                              MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 07/01/2017-10/01/2017 3 @569.27, 11/01/2017 1 @ 548.36, 12/01/2017-12/01/2018 13@547.98       (a) $ 9,317.18

b. Total fees, charges, expenses, escrow, and costs outstanding:                    + (b) $ _____

c. **Total**. Add lines a and b.                                                      (c) $ 9,317.18

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    07 / 01 / 2017
                                                                        MM / DD / YYYY

Suspense Balance   ($175.18)
Total Due          $9,142.00

---

Form 4100R                 **Response to Notice of Final Cure Payment**                  page **1**

Debtor 1 ___Natha___ ___Lee___ ___Mazyck_____     Case number (*if known*) ___15-06503-JW_____
        First Name   Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ ___/s/ January N. Taylor_____     Date ___12/21/2018_____
   Signature

Print ___January___ ___N.___ ___Taylor_____     Title ___Attorney for Movant_____
      First Name   Middle Name    Last Name

Company ___McMichael Taylor Gray, LLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address ___3550 Engineering Drive, Suite 260_____
        Number        Street

___Peachtree Corners,_____ ___GA___ ___30092___
City                                   State    ZIP Code

Contact phone ( _404_ ) _474_ – _7149_____     Email ___jtaylor@mtglaw.com_____

Form 4100R    **Response to Notice of Final Cure Payment**    page **2**



BSI Financial Services

| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| 1/1/2016 | $327.52 | $221.80 | $549.32 | Filed w/POC |
| 1/1/2017 | $327.52 | $241.75 | $569.27 | NOPC |
| 11/1/2017 | $327.52 | $220.84 | $548.36 | NOPC |
| 12/1/2017 | $327.52 | $220.46 | $547.98 | NOPC |
| | | | $0.00 | |
| | | | $0.00 | |

| Loan Information | |
|---|---|
| Loan # | |
| Borrower | NATHA L MAZYCK |
| BK Case # | 15-06503 |
| Date Filed | 12/7/2015 |
| First Post Petition Due Date | 1/1/2016 |
| POC Covers | 10/1/15 - 12/1/15 |

Agreed Order 5/17/18

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | APO Arrears Credit | APO Debit | APO Suspense Balance | APO Paid to Date | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2016 | $549.32 | 1/1/2016 | 10/1/2015 | $549.32 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 4/12/2016 | | Trustee Payment | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | $55.79 | | $55.79 | $55.79 | |
| 5/6/2016 | | Trustee Payment | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | $51.86 | | $107.65 | $107.65 | |
| 6/16/2016 | | Trustee Payment | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | $40.25 | | $147.90 | $147.90 | |
| 7/6/2016 | | Trustee Payment | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | $41.02 | | $188.92 | $188.92 | |
| 3/10/2016 | $592.47 | 2/1/2016 | 11/1/2015 | $549.32 | $43.15 | $43.15 | | $43.15 | | | $0.00 | $0.00 | | | $188.92 | $188.92 | |
| 7/31/2016 | $2,500 | 3/1/2016 | 12/1/2015 | $549.32 | $1,950.68 | $1,950.68 | | $1,993.83 | | | $0.00 | $0.00 | | | $188.92 | $188.92 | |
| 7/31/2016 | | 4/1/2016 | 1/1/2016 | $549.32 | -$549.32 | | | $1,993.83 | | | $0.00 | $0.00 | | | $188.92 | $188.92 | |
| 7/31/2016 | | 5/1/2016 | 2/1/2016 | $549.32 | -$549.32 | | | $1,993.83 | | | $0.00 | $0.00 | | | $188.92 | $188.92 | |
| 8/8/2016 | | Trustee Payment | | | $0.00 | | | $1,993.83 | | | $0.00 | $0.00 | $61.97 | | $250.89 | $250.89 | |
| 9/7/2016 | | Trustee Payment | | | $0.00 | | | $1,993.83 | | | $0.00 | $0.00 | $41.50 | | $292.39 | $292.39 | |
| 10/7/2016 | | Trustee Payment | | | $0.00 | | | $1,993.83 | | | $0.00 | $0.00 | $41.53 | | $333.92 | $333.92 | |
| 11/8/2016 | | Trustee Payment | | | $0.00 | | | $1,993.83 | | | $0.00 | $0.00 | $41.45 | | $375.37 | $375.37 | |
| 12/2/2016 | $549.32 | 6/1/2016 | 3/1/2016 | $549.32 | $0.00 | | | $1,993.83 | | | $0.00 | $0.00 | | | $375.37 | $375.37 | |
| 12/6/2016 | | Trustee Payment | | | $0.00 | | | $1,993.83 | | | $0.00 | $0.00 | $41.36 | | $416.73 | $416.73 | |
| 1/9/2017 | | Trustee Payment | | | $0.00 | | | $1,993.83 | | | $0.00 | $0.00 | $41.36 | | $458.09 | $458.09 | |
| 2/7/2017 | | Trustee Payment | | | $0.00 | | | $1,993.83 | | | $0.00 | $0.00 | $41.35 | | $499.44 | $499.44 | |
| 2/23/2017 | $569.27 | 7/1/2016 | 4/1/2016 | $549.32 | $19.95 | $19.95 | | $2,013.78 | | | $0.00 | $0.00 | | | $499.44 | $499.44 | |
| 3/7/2017 | | Trustee Payment | | | $0.00 | | | $2,013.78 | | | $0.00 | $0.00 | $41.35 | | $540.79 | $540.79 | |
| 3/23/2017 | $600.00 | 8/1/2016 | 5/1/2016 | $549.32 | $50.68 | $50.68 | | $2,064.46 | | | $0.00 | $0.00 | | | $540.79 | $540.79 | |
| 4/7/2017 | | Trustee Payment | | 6/1/2016 | $0.00 | | | $2,064.46 | | | $0.00 | $0.00 | $62.02 | | $602.81 | $602.81 | |
| 4/7/2017 | $549.32 | 9/1/2016 | 7/1/2016 | $549.32 | $0.00 | | | $2,064.46 | | | $0.00 | $0.00 | | | $602.81 | $602.81 | |
| 5/5/2017 | | Trustee Payment | | | $0.00 | | | $2,064.46 | | | $0.00 | $0.00 | $41.37 | | $644.18 | $644.18 | |
| 6/7/2017 | | Trustee Payment | | | $0.00 | | | $2,064.46 | | | $0.00 | $0.00 | $41.36 | | $685.54 | $685.54 | |
| 7/7/2017 | | Trustee Payment | | | $0.00 | | | $2,064.46 | | | $0.00 | $0.00 | $71.66 | | $757.20 | $757.20 | |
| 7/31/2017 | $549.32 | 10/1/2016 | 8/1/2016 | $549.32 | $0.00 | | $19.95 | $2,044.51 | | | $0.00 | $0.00 | | | $757.20 | $757.20 | |
| 8/7/2017 | | Trustee Payment | | | $0.00 | | | $2,044.51 | | | $0.00 | $0.00 | $41.38 | | $798.58 | $798.58 | |
| 9/6/2017 | | Trustee Payment | | | $0.00 | | | $2,044.51 | | | $0.00 | $0.00 | $41.38 | | $839.96 | $839.96 | |
| 10/6/2017 | | Trustee Payment | | | $0.00 | | | $2,044.51 | | | $0.00 | $0.00 | $41.38 | | $881.34 | $881.34 | |
| 10/23/2017 | $548.36 | 11/1/2016 | 9/1/2016 | $549.32 | -$0.96 | | $19.95 | $2,024.56 | | | $0.00 | $0.00 | | | $881.34 | $881.34 | |
| 11/8/2017 | | Trustee Payment | | | $0.00 | | | $2,024.56 | | | $0.00 | $0.00 | $41.44 | | $922.78 | $922.78 | |
| 12/6/2017 | | Trustee Payment | | | $0.00 | | | $2,024.56 | | | $0.00 | $0.00 | $41.51 | | $964.29 | $964.29 | |
| 1/9/2018 | | Trustee Payment | | | $0.00 | | | $2,024.56 | | | $0.00 | $0.00 | $41.51 | | $1,005.80 | $1,005.80 | |
| 2/6/2018 | | Trustee Payment | | | $0.00 | | | $2,024.56 | | | $0.00 | $0.00 | $62.25 | | $1,068.05 | $1,068.05 | |
| 3/6/2018 | | Trustee Payment | | | $0.00 | | | $2,024.56 | | | $0.00 | $0.00 | $41.52 | | $1,109.57 | $1,109.57 | |
| 4/10/2018 | | Trustee Payment | | | $0.00 | | | $2,024.56 | | | $0.00 | $0.00 | $41.52 | | $1,151.09 | $1,151.09 | |
| 5/7/2018 | | Trustee Payment | | | $0.00 | | | $2,024.56 | | | $0.00 | $0.00 | $41.51 | | $1,192.60 | $1,192.60 | |
| | | Agreed Order entered 5/17/18 iao $10,693.72 jfor (12/1/16 -5/1/18). Debtor to pay $445.58 beginning 6/15/18 for 24 month, 6/15/18 – 5/15/20. Regular monthly pmnts to resume 6/1/18. | | | $0.00 | | | | | | $0.00 | $0.00 | | | $1,192.60 | $1,192.60 | |
| 6/19/2018 | $1,162.93 | 6/1/2018 | 10/1/2016 | $547.98 | $614.95 | $614.95 | | $614.95 | | | $0.00 | $0.00 | | | $1,192.60 | $1,192.60 | |
| 6/19/2018 | | Applied APO 6/15/18 | | | $0.00 | | $445.58 | $169.37 | $445.58 | $445.58 | $0.00 | $445.58 | | | $1,192.60 | $1,192.60 | |
| 6/20/2018 | | Trustee Payment | | | $0.00 | | | $169.37 | | | $0.00 | $445.58 | $41.51 | | $1,234.11 | $1,234.11 | |
| 7/12/2018 | $1,000.00 | 7/1/2018 | 11/1/2016 | $547.98 | $452.02 | $452.02 | | $621.39 | | | $0.00 | $445.58 | | | $1,234.11 | $1,234.11 | |
| 7/12/2018 | | Applied APO 7/15/18 | | | $0.00 | | $445.58 | $175.81 | $445.58 | $445.58 | $0.00 | $891.16 | | | $1,234.11 | $1,234.11 | |
| 7/24/2018 | | Trustee Payment | | | $0.00 | | | $175.81 | | | $0.00 | $891.16 | $41.74 | | $1,275.85 | $1,275.85 | |
| 7/24/2018 | | Pre petition aplied | 12/1/2016 | | $0.00 | | | $175.81 | | | $0.00 | $891.16 | | $549.32 | $726.53 | $1,275.85 | |
| 8/15/2018 | $980.05 | 8/1/2018 | 1/1/2017 | $547.98 | $432.07 | $432.07 | | $607.88 | | | $0.00 | $891.16 | | | $726.53 | $1,275.85 | |
| 8/15/2018 | | Applied APO 8/15/18 | | | $0.00 | | $445.58 | $162.30 | $445.58 | $445.58 | $0.00 | $1,336.74 | | | $726.53 | $1,275.85 | |
| 8/15/2018 | | Trustee Payment | | | $0.00 | | | $162.30 | | | $0.00 | $1,336.74 | $62.93 | | $789.46 | $1,338.78 | |
| 9/7/2018 | | Trustee Payment | | | $0.00 | | | $162.30 | | | $0.00 | $1,336.74 | $64.31 | | $853.77 | $1,403.09 | |
| 10/4/2018 | | Trustee Payment | | | $0.00 | | | $162.30 | | | $0.00 | $1,336.74 | $38.11 | | $891.88 | $1,441.20 | |
| 10/22/2018 | $2,000.00 | 9/1/2018 | 2/1/2017 | $547.98 | $1,452.02 | $1,452.02 | | $1,614.32 | | | $0.00 | $1,336.74 | | | $891.88 | $1,441.20 | |
| 10/22/2018 | | Applied APO 9/15/18 | | | $0.00 | | $445.58 | $1,168.74 | $445.58 | $445.58 | $0.00 | $1,782.32 | | | $891.88 | $1,441.20 | |
| 10/22/2018 | | 10/1/2018 | 3/1/2017 | $547.98 | -$547.98 | | $547.98 | $620.76 | | | $0.00 | $1,782.32 | | | $891.88 | $1,441.20 | |
| 10/22/2018 | | Applied APO 10/15/18 | | | $0.00 | | $445.58 | $175.18 | $445.58 | $445.58 | $0.00 | $2,227.90 | | | $891.88 | $1,441.20 | |
| 12/6/2018 | | Trustee Payment | | | $0.00 | | | $175.18 | | | $0.00 | $2,227.90 | $1,171.97 | | $2,063.85 | $2,613.17 | |
| 12/6/2018 | | Pre petition aplied | 4/1/2017 | | $0.00 | | | $175.18 | | | $0.00 | $2,227.90 | | $549.32 | $1,514.53 | $2,613.17 | |
| 12/6/2018 | | Pre petition aplied | 5/1/2017 | | $0.00 | | | $175.18 | | | $0.00 | $2,227.90 | | $549.32 | $965.21 | $2,613.17 | |
| 12/6/2018 | | Pre petition aplied | 6/1/2017 | | $0.00 | | | $175.18 | | | $0.00 | $2,227.90 | | $549.32 | $415.89 | $2,613.17 | |
| | | | | | $0.00 | | | $175.18 | | | $0.00 | $2,227.90 | | | $415.89 | $2,613.17 | |
| | | | | | $0.00 | | | $175.18 | | | $0.00 | $2,227.90 | | | $415.89 | $2,613.17 | |
| | | | | | $0.00 | | | $175.18 | | | $0.00 | $2,227.90 | | | $415.89 | $2,613.17 | |
| Due | | 11/1/2018 | 7/1/2017 | $547.98 | -$547.98 | | | $175.18 | | | $0.00 | $2,227.90 | | | $415.89 | $2,613.17 | |
| | | APO 11/15/2018 | | $445.58 | -$445.58 | | | $175.18 | | | $0.00 | $2,227.90 | | | $415.89 | $2,613.17 | |
| | | | 12/1/2018 | $547.98 | -$547.98 | | | $175.18 | | | $0.00 | $2,227.90 | | | $415.89 | $2,613.17 | |
| | | APO 12/15/18 | | $445.58 | -$445.58 | | | $175.18 | | | $0.00 | $2,227.90 | | | $415.89 | $2,613.17 | |
| | | | | | $0.00 | | | $175.18 | | | $0.00 | $2,227.90 | | | $415.89 | $2,613.17 | |
| | | | | | $0.00 | | | $175.18 | | | $0.00 | $0.00 | | | $415.89 | $2,613.17 | |
| | | | | | $0.00 | | | $175.18 | | | $0.00 | $0.00 | | | $415.89 | $2,613.17 | |
| | | | | | $0.00 | | | $175.18 | | | $0.00 | $0.00 | | | $415.89 | $2,613.17 | |
| | | | | | $0.00 | | | $175.18 | | | $0.00 | $0.00 | | | $415.89 | $2,613.17 | |
| | | | | | $0.00 | | | $175.18 | | | $0.00 | $0.00 | | | $415.89 | $2,613.17 | |
| | | | | | $0.00 | | | $175.18 | | | $0.00 | $0.00 | | | $415.89 | $2,613.17 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | $175.18 | | $0.00 | $0.00 | $415.89 | $2,613.17 |
| | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $415.89 | $2,613.17 |
| | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $415.89 | $2,613.17 |

(Remaining rows all: $0.00 | $0.00 | $0.00 | $0.00 | $415.89 | $2,613.17)

| | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | | $415.89 | $2,613.17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | | $415.89 | $2,613.17 |
| | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | | $415.89 | $2,613.17 |
| | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | | $415.89 | $2,613.17 |
| | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | | $415.89 | $2,613.17 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>**NATHA LEE MAZYCK**<br><br>DEBTOR | CASE NO.  15-06503-jw<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age **RESPONSE TO NOTICE OF FINAL CURE** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Natha Lee Mazyck
168 Bay Ridge Court
Ridgeville, SC 29472

Elizabeth R Heilig
Meredith Law Firm, LLC
4000 Faber Place Drive
Suite 120
N. Charleston, SC 29405

James M. Wyman
PO Box 997
Mount Pleasant, SC 29465-0997

This 21st day of December, 2018.

/s/ January N. Taylor, Esq.
January N. Taylor, ESQ., (I.D. 6079)
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
(404)474-7149
jtaylor@mtglaw.com